Decided September 5, 2007

■

## AL-JANET, LLC, ET AL. *v.* B AND B HOME IMPROVEMENTS, LLC, ET AL.

*Joseph P. Secola,* in support of the petition.

*Kasey Procko Burchman,* in opposition.

Decided September 5, 2007

■

## ADELE EBERHARDT *v.* IMPERIAL CONSTRUCTION SERVICES, LLC

The defendant's petition for certification for appeal from the Appellate Court, 101 Conn. App. 762 (AC 27380), is denied.

*Genevieve P. Salvatore,* in support of the petition.

*Vincent T. McManus, Jr.,* in opposition.

The plaintiffs' petition for certification for appeal from the Appellate Court, 101 Conn. App. 691 (AC 27469), is denied.